# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0279. KWAJALEIN L. WATERS v. NAVY FEDERAL CREDIT UNION.

This case began as a contract action in magistrate court. Following an adverse ruling, pro se plaintiff Kwajalein Waters appealed the decision to superior court. Defendant Navy Federal Credit Union filed a motion for summary judgment in superior court, which was granted. Waters then filed this direct appeal. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves an appeal from magistrate court to superior court, Waters has no right to a direct appeal. See *Bullock*, 260 Ga. App. at 875. Her failure to file a discretionary application thus deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Smoak*, 221 Ga. App. at 257.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/16/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*